NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT RESPONSE, LLC, FORMERLY KNOWN AS POLARIS IP, LLC,**
*Plaintiff-Appellee,*

v.

**YAHOO! INC.,**
*Defendant-Appellant.*

---

2012-1045

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0371, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**O R D E R**

Yahoo! Inc. moves without opposition to stay the briefing schedule pending entry of a final judgment in the underlying case relating to inequitable conduct issues, so that an appeal from those issues may be consolidated with the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to move for consolidation within 14 days of any appeal of the district court's final judgment on the inequitable conduct issue and the stay of the briefing schedule will be lifted upon action on that motion.

FOR THE COURT

DEC 2 1 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

cc: Andrew D. Weiss, Esq.
Jason C. White, Esq.

**DEC 2 1 2011**

s24

**JAN HORBALY**
**CLERK**